940

No. 401, Misc. SMITH *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied. 

No. 407, Misc. BLEVINS *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied. 

No. 418, Misc. BLAUVELT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. 

No. 421, Misc. LAWRENCE *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 422, Misc. ROGERS *v.* INDIANA. Supreme Court of Indiana. Supreme Court of Indiana. Certiorari denied.

No. 479, Misc. KALLAS *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *George Cohan* and *Robert G. Estill* for petitioner. *J. Emmett McManamon,* Attorney General of Indiana, *Merl M. Wall* and *Frank E. Coughlin,* Deputy Attorneys General, for respondent.

No. 492, Misc. WALKER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. 

*Rehearing Denied.*

No. 53. WILKERSON *v.* McCARTHY ET AL., 336 U. S. 53. Rehearing denied.